Film Title: Dallas Buyers Club
Rights Owner: Dallas Buyers Club, LLC

| | File Hash SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | | | |
|---|---|---|---|---|
| John Doe | IP Address | Hit Date and UTC Time | ISP | City |
| 1 | 76.25.254.201 | 4/18/14 11:15:36 PM | Comcast Cable | Boulder County |
| 2 | 67.177.234.156 | 4/18/14 12:09:51 AM | Comcast Cable | Denver County |
| 3 | 75.70.100.20 | 4/17/14 01:59:42 PM | Comcast Cable | Adams County |
| 4 | 71.34.130.153 | 4/16/14 01:01:44 AM | CenturyLink | El Paso County |
| 5 | 23.31.83.221 | 4/15/14 11:55:15 PM | Comcast Business Communications | San Miguel County |
| 6 | 67.173.251.24 | 4/15/14 03:42:01 PM | Comcast Cable | Boulder County |
| 7 | 67.174.177.219 | 4/15/14 07:12:34 AM | Comcast Cable | Adams County |
| 8 | 75.71.216.115 | 4/15/14 03:24:04 AM | Comcast Cable | El Paso County |
| 9 | 67.177.214.217 | 4/15/14 01:41:54 AM | Comcast Cable | Denver County |
| 10 | 71.211.220.119 | 4/15/14 01:06:44 AM | CenturyLink | Denver County |
| 11 | 71.237.79.157 | 4/15/14 12:47:15 AM | Comcast Cable | Jefferson County |
| 12 | 174.24.60.87 | 4/15/14 12:23:06 AM | CenturyLink | El Paso County |
| 13 | 71.196.216.39 | 4/14/14 03:58:59 AM | Comcast Cable | Pueblo County |
| 14 | 97.118.49.37 | 4/14/14 12:07:17 AM | CenturyLink | Denver County |
| 15 | 50.183.210.107 | 4/13/14 09:31:07 PM | Comcast Cable | El Paso County |
| 16 | 76.120.36.69 | 4/13/14 07:44:27 PM | Comcast Cable | Denver County |
| 17 | 174.51.21.61 | 4/13/14 02:41:11 PM | Comcast Cable | Douglas County |
| 18 | 71.229.170.62 | 4/13/14 12:45:07 PM | Comcast Cable | Denver County |
| 19 | 67.173.253.83 | 4/13/14 12:12:18 AM | Comcast Cable | Larimer County |



EXHIBIT A