**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-01539-WYD-MEH

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

    v.

JOHN DOES 1-19,

        Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN
DOE 2 PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings

yet filed by Defendant John Doe 2, as identified in Exhibit A attached to the Complaint in the

above-captioned action, the Plaintiff hereby voluntarily dismisses Defendant John Doe 2, as

identified in Exhibit A attached to the Complaint in the above-captioned action, with prejudice.

DATED this 14th day of July, 2014.

Respectfully submitted,


/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail: david.thunderlaw@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*